IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


UNITED STATES OF AMERICA      )
                              )
v.                            )      No.  2:10-CR-64
                              )
JOSHUA EVANS                  )


## MEMORANDUM AND ORDER


This criminal case is before the court on the defendant's motion for a
continuance of the trial [doc. 34]. Defendant needs more time to consider his
options for resolution of this case.  Defense counsel and defendant have been
working diligently toward a resolution and to prepare for trial but need additional
time.  The government has no objection to the continuance.

The court finds the defendant's motion well taken, and it will be
granted.  The court finds that the ends of justice served by granting the motion
outweigh the best interests of the public and the defendant in a speedy trial.  18
U.S.C. § 3161(h)(7)(A).  The court finds that the failure to grant the motion would
deny counsel for the defendant the reasonable time necessary for effective
preparation.  18 U.S.C. § 3161(h)(7)(B)(iv).  The defendant's motion requires a
delay in the proceedings, therefore, all the time from the filing of the defendant's

motion to the new trial date is excludable as provided by the Speedy Trial Act.  18

U.S.C. § 3161(h)(7)(A).

Therefore, it is hereby **ORDERED** that the defendant's motion is

**GRANTED**, and this criminal case is **CONTINUED** to Thursday, **November 4,**

**2010, at 9:00 a.m.**  The new plea cutoff date is October 25, 2010.

ENTER:


_____*s/ Leon Jordan*_____
United States District Judge